IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOWARD SUMMERFORD, | ) | 7:04CV5004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| COVENANT TRANSPORTATION, INC., an Oklahoma corporation, and JOHN-DAVID A. LANDS, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| B.D.R. TRANSPORT, INC., a Vermont corporation, and COMMERCE AND INDUSTRY INSURANCE COMPANY, a subsidiary of American International International Group, a New York insurance corporation, | ) | |
| | ) | |
| Intervenors. | ) | |

  IT IS ORDERED that Plaintiff shall submit to the undersigned within 30 days a stipulated judgment, approved as to form and signed by all counsel of record, that will fully dispose of this matter.

  June 29, 2005.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge