IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOWARD SUMMERFORD, | ) | 7:04CV5004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| COVENANT TRANSPORTATION, | ) | |
| INC., an Oklahoma corporation, and | ) | |
| JOHN-DAVID A. LANDS, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| B.D.R. TRANSPORT, INC., | ) | |
| a Vermont corporation, and | ) | |
| COMMERCE AND INDUSTRY | ) | |
| INSURANCE COMPANY, a | ) | |
| subsidiary of American International | ) | |
| International Group, a New York | ) | |
| insurance corporation, | ) | |
| | ) | |
| Intervenors. | ) | |

Construing the parties' "stipulated judgment" (filings 60, 61) as a stipulation of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

July 21, 2005.                                       BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge